

The Novel Reader, 1888
Oil on canvas
Private Collection, São Paulo

