UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BROKERARTE CAPITAL
PARTNERS, LLC,

      Plaintiff,

vs.

THE DETROIT INSTITUTE
OF ARTS,

      Defendant.
_____/

Case No. 23-CV-10066

HON. GEORGE CARAM STEEH

**ORDER PENDING HEARING**

Plaintiff Brokerarte Capital Partners, LLC filed a Verified Complaint alleging that it purchased a Van Gogh painting entitled "Liseuse De Romans" ("the Painting") from Torrealba Holdings, Ltd. on May 3, 2017. Verified Compl. at ¶ 7 and Bill of Sale. Plaintiff asserts that an unidentified third-party immediately took possession of the Painting, but that plaintiff never transferred title to or any interest in the Painting to the third-party. Verified Compl. at ¶ 10. The Painting is part of defendant The Detroit Institute of Art's ("DIA") "Van Gogh in America" exhibition. *Id*. at ¶ 11. This exhibition is scheduled to end on January 22, 2023. At that time, plaintiff believes that the Painting will be moved or transferred to a third-party. *Id*. at

- 1 -

¶ 13. The matter is before the Court on plaintiff's motion for temporary restraining order and possession pending final judgment. ECF No. 2. Based on the allegations in the Verified Complaint and on the Bill of Sale, the Court finding that good cause has been shown. Now, therefore,

IT IS HEREBY ORDERED that pursuant to Federal Rules of Civil Procedure 64 and 65 and Michigan Court Rule 3.105(E), defendant The Detroit Institute of Arts is hereby ordered to refrain from damaging, destroying, concealing, disposing, moving, or using as to substantially impair its value, the item described as follows: the 1888 painting created by Vincent van Gogh entitled "Liseuse De Romans" a/k/a "The Novel Reader" a/k/a "The Reading Lady" (referred to herein as "the Painting").

IT IS HEREBY FURTHER ORDERED that the Court shall hear oral argument on plaintiff's motion for temporary restraining order and possession pending final judgment on <u>Thursday, January 19, 2023, at 10:00 a.m.</u> in Courtroom 1080 of the Theodore Levin United States Courthouse, Detroit, Michigan.

Dated:   January 11, 2023

s/George Caram Steeh  
GEORGE CARAM STEEH  
UNITED STATES DISTRICT JUDGE