# EXHIBIT F

*Van Gogh in America*

**Detroit Institute of Arts**
**October 2, 2022–January 22, 2023**

Schedule of Works Lent from Abroad



1.

Vincent van Gogh
Dutch, 1853–1890
*Head of a Peasant*
1885
Oil on canvas
15 3/8 x 12 in. (39 x 30.5 cm)
Royal Museums of Fine Arts of Belgium
4910

Brussels, Belgium



2.

Vincent van Gogh
Dutch, 1853–1890
*The Novel Reader*
1888
Oil on canvas
28 3/4 x 36 1/4 in. (73 x 92.1 cm)
Private Collection

São Paulo, Brazil



3.

Vincent van Gogh
Dutch, 1853–1890
*Pont du Carrousel and the Louvre*
1886
Oil on canvas
12 3/16 x 17 5/16 in. (31 x 44 cm)
Ny Carlsberg Glyptotek
MIN 3616

Copenhagen, Denmark



4.

Vincent van Gogh
Dutch, 1853–1890
*Restaurant de la Sirène at Asnières*
1887
Oil on canvas
21 1/4 x 25 13/16 in. (54 x 65.5 cm)
Musée d'Orsay
RF 2325

Paris, France

| | | | |
|---|---|---|---|
| 5. |  | Vincent van Gogh<br>Dutch, 1853–1890<br>*The Dance Hall at Arles*<br>1888<br>Oil on canvas<br>25 5/8 x 33 5/8 in. (65 x 85.5 cm)<br>Musée d'Orsay<br>RF 1950-9 | Paris, France |
| 6. |  | Vincent van Gogh<br>Dutch, 1853–1890<br>*Starry Night*<br>1888<br>Oil on canvas<br>28 3/4 x 36 1/4 in. (73 x 92 cm)<br>Musée d'Orsay, Paris<br>RF 1975 19 | Paris, France |
| 7. |  | Vincent van Gogh<br>Dutch, 1853–1890<br>*Le Moulin de la Galette*<br>1886<br>Oil on canvas<br>14 15/16 x 18 5/16 in. (38 x 46.5cm)<br>Staatliche Museen zu Berlin, Nationalgalerie<br>A II 687 | Berlin, Germany |
| 8. |  | Vincent van Gogh<br>Dutch, 1853–1890<br>*The Drawbridge*<br>1888<br>Oil on canvas<br>19 1/2 x 25 3/8 in. (49.5 x 64.5 cm)<br>Wallraf-Richartz-Museum & Fondation Corboud<br>WRM 1197 | Cologne, Germany |

2

| | | | |
|---|---|---|---|
| 9. |  | Vincent van Gogh<br>Dutch, 1853–1890<br>*Two Peasants Digging*<br>1889<br>Oil on canvas<br>29 1/8 x 36 5/8 in. (74 x 93 cm)<br>Stedelijk Museum<br>A411 | Amsterdam, The Netherlands |
| 10. |  | Vincent van Gogh<br>Dutch, 1853–1890<br>*Beer Tankards*<br>1885<br>Oil on canvas<br>12 3/8 x 16 3/4 in. (31.5 x 42.5 cm)<br>Van Gogh Museum (Vincent van Gogh Foundation)<br>s0096V1962 | Amsterdam, The Netherlands |
| 11. |  | Vincent van Gogh<br>Dutch, 1853–1890<br>*Birds' Nests*<br>1885<br>Oil on canvas<br>15 1/2 x 18 5/16 in. (39.3 x 46.5 cm)<br>Van Gogh Museum (Vincent van Gogh Foundation)<br>s0001V1962 | Amsterdam, The Netherlands |
| 12. |  | Vincent van Gogh<br>Dutch, 1853–1890<br>*Fishing Boats on the Beach at Les Saintes-Maries-de-la-Mer*<br>1888<br>Oil on canvas<br>25 9/16 x 32 1/16 in. (65 x 81.5 cm)<br>Van Gogh Museum (Vincent van Gogh Foundation)<br>s0028V1962 | Amsterdam, The Netherlands |

| | | | |
|---|---|---|---|
| 13. |  | Vincent van Gogh<br>Dutch, 1853–1890<br>*The Sower*<br>1888<br>Oil on canvas<br>12 13/16 x 15 7/8 in. (32.5 x 40.3 cm)<br>Van Gogh Museum (Vincent van Gogh Foundation)<br>s0029V1962 | Amsterdam, The Netherlands |
| 14. |  | Vincent van Gogh<br>Dutch, 1853–1890<br>*A Pair of Leather Clogs*<br>1889<br>Oil on canvas<br>12 11/16 x 15 15/16 in. (32.2 x 40.5 cm)<br>Van Gogh Museum (Vincent van Gogh Foundation)<br>s0120V1962 | Amsterdam, The Netherlands |
| 15. |  | Vincent van Gogh<br>Dutch, 1853–1890<br>*Poppy Field*<br>1890<br>Oil on canvas<br>28 3/4 x 36 1/8 in. (73 x 91.5 cm)<br>Kunstmuseum Den Haag<br>SCH-1948x0003 | The Hague, The Netherlands |
| 16. |  | Vincent van Gogh<br>Dutch, 1853–1890<br>*Ditch along Schenkweg*<br>1882<br>Pencil, pen and brush in black ink, gray wash, white opaque watercolor, and traces of squaring on laid paper<br>7 1/4 x 13 1/4 in. (18.4 x 33.7 cm)<br>Kröller-Müller Museum<br>KM 113.904 | Otterlo, The Netherlands |

| | | | |
|---|---|---|---|
| 17. |  | Vincent van Gogh<br>Dutch, 1853–1890<br>*Two Women Praying*<br>1882<br>Pencil and black lithographic crayon on laid paper<br>16 13/16 x 11 5/16 in. (42.7 x 28.7 cm)<br>Kröller-Müller Museum<br>KM 125.556 | Otterlo, The Netherlands |
| 18. |  | Vincent van Gogh<br>Dutch, 1853–1890<br>*Mother with Child*<br>1882<br>Pencil and oils on watercolor paper<br>16 1/8 x 9 11/16 in. (41 x 24.6 cm)<br>Kröller-Müller Museum<br>KM 112.180 | Otterlo, The Netherlands |
| 19. |  | Vincent van Gogh<br>Dutch, 1853–1890<br>*Head of a Peasant Woman*<br>1884–85<br>Pencil, conté crayon, and black chalk on paper<br>13 x 8 in. (33 x 20.3 cm)<br>Abelló Collection | Madrid, Spain |
| 20. |  | Vincent van Gogh<br>Dutch, 1853–1890<br>*The Potato Eaters*<br>1885<br>Lithograph on Japan paper<br>Image: 10 7/16 x 12 13/16 in. (26.5 x 32.5 cm)<br>Museo Nacional Thyssen-Bornemisza<br>558, 1975.9 | Madrid, Spain |

| | | | |
|---|---|---|---|
| 21. |  | Vincent van Gogh<br>Dutch, 1853–1890<br>*The Stevedores in Arles*<br>1888<br>Oil on canvas<br>21 1/4 x 25 9/16 in. (54 x 65 cm)<br>Museo Nacional Thyssen-Bornemisza<br>557, 1965.7 | Madrid, Spain |
| 22. |  | Vincent van Gogh<br>Dutch, 1853–1890<br>*Olive Trees*<br>1889<br>Oil on canvas<br>20 1/16 × 25 11/16 in. (51 × 65.2 cm)<br>National Galleries of Scotland<br>NG1803 | Edinburgh, United Kingdom |
| 23. |  | Vincent van Gogh<br>Dutch, 1853–1890<br>*L'Arlésienne, Madame Ginoux*<br>1890<br>Oil on canvas<br>25 9/16 × 21 1/4 in. (65 × 54 cm)<br>Private Collection | London, United Kingdom |
| 24. |  | Vincent van Gogh<br>Dutch, 1853–1890<br>*Peach Trees in Blossom*<br>1889<br>Oil on canvas<br>25 9/16 × 31 7/8 in. (65 × 81 cm)<br>The Samuel Courtauld Trust, The Courtauld Gallery<br>P.1932.SC.176 | London, United Kingdom |

25.  Vincent van Gogh  
Dutch, 1853–1890  
*Van Gogh's Chair*  
1888  
Oil on canvas  
36 1/8 × 28 3/4 in. (91.8 × 73 cm)  
The National Gallery  
NG3862

London, United Kingdom

26.  Vincent van Gogh  
Dutch, 1853–1890  
*Farms near Auvers*  
1890  
Oil on canvas  
19 3/4 x 39 1/2 in. (50.2 x 100.3 cm)  
Tate  
N04713

London, United Kingdom

27.  Vincent van Gogh  
Dutch, 1853–1890  
*Sorrow*  
1882  
Pencil and ink on paper  
17 1/2 x 10 5/8 in. (44.5 x 27 cm)  
The New Art Gallery Walsall  
1973.128.GR

Walsall, United Kingdom

7